IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARMELLO ANTHONY,
    Plaintiff,

v.                                                                    No. C-11-5525 SC

NATIONAL BASKETBALL ASSO.C, et al.,
    Defendant.
_____/     Clerk's Notice

    YOU ARE HEREBY NOTIFIED THAT a Case Management Conference is scheduled for **Friday, March 9, 2012 at 10:00 A.M.** before the Honorable Samuel Conti. Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

    Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 17, 2011                                   FOR THE COURT,

                                                                                       Richard W. Wieking, Clerk

                                                                                       By:  T. De Martini
                                                                                              Courtroom Deputy Clerk