IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF

CALIFORNIA



**CARMELLO ANTHONY FANS**
Plaintiff,

V.
Case No.11-5525 ⁻SC

<u>NATIONAL BASKETBALL ASSOCIATION, and
From White Powder to White Collar, By Darren Keys</u>

**Defendants.**

_____/

PRELIMINARY INJUNCTION
TEMPORARY RESTRAINING ORDER
<u>UNDER 28 USC 1331</u>

Comes now, Carmello Anthony Fans facing imminent danger of financial loss and bodily harm, moving this Honorable Court for temporary restraining order.

<u>JURISDICTION</u>

This court has jurisdiction under 28 USC 1331, the Fraud Chronicles and Carmello Anthony Fans are incorporated in California.

<u>COMPLAINT</u>

Carmello Anthony is a NBA Player who has filed a class action lawsuit against the National Basketball Association alleging it has conspired to boycott players in attempt to

coerce them to agree to a "massive reduction" in compensation; a page taken from the "from White Powder to White Collar" Fraud Chronicles playbook.

Darren Keys is a New York Times Best Selling Author of the Fraud Chronicles Series, including "From White Powder to White Collar "& "Fraud Masters". It is believed that the defendants, the National Basketball Association and conspiring teams have all read the book and taken fraudulent maneuvers from its content and this book should be banned and or taken from their offices and the shelves of Barnes and Noble, Books a Million, and Amazon.com as well as other book sellers until the National Basketball Association lockout has been resolved.

Plaintiffs respectfully moves this Honorable Court to enter a restraining order enjoining the defendants from using the Fraud Chronicles Antitrust maneuvers to cause imminent danger and financial loss the players, their families, and fans by the unnecessary NBA LOCKOUT that preventing the games.

Respectfully Submitted,

Carmello Anthony Fans,
2521 Morning Glory Ct.
Holiday, Florida 32839

Anthony Faura

U.S. District Court
Northern District of CA
1301 Clay Street
Oakland, CA 94612

