IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMELLO ANTHONY, et al., | ) | Case No. 11-5525 SC |
| | ) | |
| Plaintiffs, | ) | ORDER DENYING MOTION FOR |
| | ) | PRELIMINARY INJUNCTION AND |
| v. | ) | <u>TEMPORARY RESTRAINING ORDER</u> |
| | ) | |
| NATIONAL BASKETBALL ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now before the Court is a motion for preliminary injunction and temporary restraining order ("the Motion") filed by a group or individual identifying itself as "Carmello Anthony Fans." Carmello Anthony Fans is not a party to this action. Further, Plaintiffs have already stipulated to the voluntary dismissal of this action. Accordingly, the Motion is DENIED.

IT IS SO ORDERED.

Dated: December 14, 2011

UNITED STATES DISTRICT JUDGE