RECEIVED
NOV 17 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CARMELO ANTHONY, CHAUNCEY BILLUPS, KEVIN DURANT, KAWHI LEONARD, LEON POWE, and all those similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>NATIONAL BASKETBALL ASSOCIATION, et al.,<br><br>Defendants. | Case No. C11-05525-~~DMR~~ SC<br><br>~~[PROPOSED]~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>**CLASS ACTION** |

**~~[PROPOSED]~~ ORDER**

David G. Feher, an active member in good standing of the bar of the State of New York, whose business address and telephone number are 1301 Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs CARMELO ANTHONY, CHAUNCEY BILLUPS, KEVIN DURANT, KAWHI LEONARD, LEON POWE, and all those similarly situated,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

December 15, 2011

Dated: ~~November ___, 2011~~ By: ____________________

United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Samuel Conti